JAMES C. DE GROFF, Respondent, *v.* ANTONIO PANSINI et al., Appellants.

Reported below, 173 App. Div. 905.

(Argued October 2, 1916; decided October 10, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 20, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence; that the exceptions were frivolous; that the record presented no question for review, and that the appeal was taken solely for purpose of delay.

*Frederick S. Martyn* for motion.

*Lynn C. Norris* opposed.

Motion denied, with ten dollars costs.